**Index of Exhibits**
*Great American Duck Races, Inc. v. Kangaroo Manufacturing, Inc., et al.*

| EXHIBIT | DESCRIPTION |
|---|---|
| A | A Representation of the GAME Duck |
| B | GAME's Copyright Registrations |
| C | GAME's Trademark Registrations |
| D | A Representation of GAME's Inflatable Duck |
| E | A Representation of Defendants' Infringing Product |

# EXHIBIT A



# EXHIBIT B

Case 2:17-cv-00212-ROS   Document 1-1   Filed 01/23/17   Page 4 of 19



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0000349920
Search Results: Displaying 1 of 1 entries



*Great American duck racer.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0000349920 / 1989-04-04
**Title:** Great American duck racer.
**Description:** sculpture.
**Notes:** Additional title from copy: Racing duck.
**Copyright Claimant:** Great American Duck Races, Inc.
**Date of Creation:** 1988
**Date of Publication:** 1988-10-01
**Authorship on Application:** Plastic duck with sunglasses imprinted on duck's face.
**Other Title:** Racing duck.
**Names:** Great American Duck Races, Inc.
Plastic duck with sunglasses imprinted on duck's face.



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format Full Record   Format for Print/Save |
| Enter your email address:       Email |

Help | Search | History | Titles | Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001900397
Search Results: Displaying 1 of 1 entries



*Derby Duck.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001900397 / 2013-07-25 |
| **Application Title:** | Derby Duck. |
| **Title:** | Derby Duck. |
| **Description:** | Electronic file (eService) and identical hardcopy. |
| **Copyright Claimant:** | GAME. Address: 16444 N. 91stSt., Scottsdale, AZ 85260, United States. |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-10-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Great American Duck Races, Inc. d.b.a. Great American Merchandise and Events ("GAME"), employer for hire; Domicile: United States; Citizenship: United States. Authorship: 3-D sculpture. |
| | Great American Merchandise and Events ("GAME") |
| **Previous Registration:** | 1989, VA 349-920. |
| | 2006, VA 1-358-867. |
| **Rights and Permissions:** | GAME, 16444 N. 91st St., Scottsdale, AZ, 85260, United States, (602) 957-3825, (480) 222-0949, erh@game-group.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Great American Duck Races, Inc. |

## GAME



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001900379
Search Results: Displaying 1 of 1 entries



*Derby Duck.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001900379 / 2013-07-25 |
| **Application Title:** | Derby Duck. |
| **Title:** | Derby Duck. |
| **Description:** | Electronic file (eService) and identical hardcopy. |
| **Copyright Claimant:** | GAME. Address: 16444 N. 91st St., Scottsdale, AZ, 85260, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-03-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Great American Duck Races, Inc. d.b.a. Great American Merchandise and Events ("GAME"), employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork. |
| **Previous Registration:** | 2004, VAu 623-832. |
| **Rights and Permissions:** | GAME, 16444 N. 91st St., Scottsdale, AZ, 85260, United States, (602) 957-3825, (480) 222-0949, erh@game-group.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Great American Duck Races, Inc.<br>Great American Merchandise and Events ("GAME")<br>GAME |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format  Full Record ⌄ | Format for Print/Save |
| Enter your email address: _____ | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT C

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,141,076
Registered Sep. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GREAT AMERICAN DUCK RACES, INC. (ARIZONA CORPORATION), DBA "GAME: GREAT AMERICAN MERCHANDISE AND EVENTS"
16043 N. 82ND STREET
SCOTTSDALE, AZ 852601800

FOR: PLASTIC TOY DUCKS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-0-1994; IN COMMERCE 1-0-1994.

OWNER OF U.S. REG. NO. 2,203,565.

THE MARK CONSISTS OF THE OVERALL CONFIGURATION AND DESIGN OF A DUCK.

SEC. 2(F).

SER. NO. 78-210,587, FILED 2-4-2003.

CIMMERIAN COLEMAN, EXAMINING ATTORNEY

Int. Cls.: **9 and 11**

Prior U.S. Cls.: **13, 21, 23, 26, 31, 34, 36 and 38**

**United States Patent and Trademark Office**

Reg. No. 3,141,130
Registered Sep. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GREAT AMERICAN DUCK RACES, INC. (ARIZONA CORPORATION), DBA GAME: GREAT AMERICAN MERCHANDISE AND EVENTS
16043 N. 82ND STREET
SCOTTSDALE, AZ 85260

FOR: THERMOMETERS NOT FOR MEDICAL USE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

FOR: CHLORINATING AND WATER TREATMENT UNITS FOR POOLS AND SPAS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

OWNER OF U.S. REG. NOS. 2,203,565, 2,252,374 AND OTHERS.

THE MARK CONSISTS OF A CONFIGURATION OF A DUCK WEARING SUNGLASSES.

SEC. 2(F).

SER. NO. 78-370,704, FILED 2-19-2004.

TRACY WHITAKER-BOWN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 3,401,842

United States Patent and Trademark Office  Registered Mar. 25, 2008

## SERVICE MARK
## PRINCIPAL REGISTER



GREAT AMERICAN DUCK RACES, INC. (ARIZONA CORPORATION)
16043 N. 82ND STREET
SCOTTSDALE, AZ 85260

FOR: CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-14-1990; IN COMMERCE 2-14-1990.

OWNER OF U.S. REG. NO. 3,141,130.

THE MARK CONSISTS OF THE OVERALL CONFIGURATION OF A DUCK WITH SUNGLASSES.

SEC. 2(F).

SER. NO. 78-858,611, FILED 4-11-2006.

ALLISON HOLTZ, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,252,374
Registered June 15, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



GREAT AMERICAN DUCK RACES, INCORPO-
RATED (ARIZONA CORPORATION)
1525 NORTH HAYDEN ROAD, SUITE F1
SCOTTSDALE, AZ 852573771

FOR: CHARITABLE FUND RAISING SERV-
ICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).
   FIRST   USE   1-15-1994;   IN   COMMERCE
1-15-1994.

OWNER OF U.S. REG. NOS. 1,664,367 AND 1,874,181.
   THE MARK CONSISTS OF A STYLIZED REPRESENTATION OF A RUBBER DUCK WEARING SUNGLASSES

SER. NO. 75-247,027, FILED 2-24-1997.

CHAD SMITH, EXAMINING ATTORNEY

# EXHIBIT D



**BEST SELLER!**

### Giant Inflatable Derby Duck®
#### 2016's biggest hit!

- Convenient built-in handles and cup holders
- Seats multiple people, great for family fun and pool parties
- Seating area is beveled for maximum comfort
- Crafted from durable 0.3mm durable vinyl
- Comfortably holds 300 lb weight capacity
- Approximately 81" long x 76" wide x 44" tall

Item 5000

## Derby Duck is Making Headlines!

Derby Duck has been on the *Wendy Williams Show*, *The Dinah Show*, *The Today Show*, *Fox and Friends* and other shows featured as the hot item for the summer. More to come in 2017!

Facebook is making waves, Twitter is tweeting, Pinterest is pinning, Instagram is Instagramming, Bloggers are blogging. Join the flock, #DerbyDuckFun.



**NEW**  **P&S EXCLUSIVE**

### Giant Inflatable Surfin' Stingray™
#### All the great features of our Giant Inflatable Derby Duck

- 250 lb weight capacity
- Approximately 90" long x 81" wide x 18" tall

Item 5100

# EXHIBIT E

