Joseph G. Adams (#018210)
Peter R. Montecuollo (#031596)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: jgadams@swlaw.com
      pmontecuollo@swlaw.com

Attorneys for Plaintiff/Counterdefendant
Great American Duck Races, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Great American Duck Races, Inc., an Arizona corporation,<br><br>            Plaintiff,<br><br>v.<br><br>Kangaroo Manufacturing, Inc., a Florida corporation, Yagoozon, Inc., a Rhode Island corporation, and Justin Nicola Ligeri, an Individual,<br><br>            Defendants.<br><br>Kangaroo Manufacturing, Inc., a Florida corporation, Yagoozon, Inc., a Rhode Island corporation, and Justin Nicola Ligeri, an Individual,<br><br>            Counterclaimants,<br><br>v.<br><br>Great American Duck Races, Inc., an Arizona corporation,<br><br>            Counterdefendant. | Case No. 2:17-cv-00212-ROS<br><br>**JOINT STATUS REPORT REGARDING BANKRUPTCY PROCEEDING** |

4843-1824-1901

Pursuant to the Court's Amended Order staying this case following the filing of a bankruptcy petition by defendant Yagoozon, Inc. [Doc. 137], the parties report that the Bankruptcy Court granted plaintiff's motion for relief from the automatic stay on December 3, 2018. A copy of the order from the Bankruptcy Court is attached as Exhibit A. By operation of law, the order will become effective on December 17, 2018, or 14 days after entry of the order. *See* Rule 4001(a)(3), Fed. R. Bankr. P. The parties respectfully suggest that the Court set a status conference in January 2019 to discuss current status and to set new dates for this matter.

DATED this 6th day of December, 2018.

SNELL & WILMER L.L.P.

By: *s/ Peter R. Montecuollo*
Joseph G. Adams
Peter R. Montecuollo
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for Plaintiff/Counterdefendant
Great American Duck Races, Inc.

CARPENTER, HAZLEWOOD,
DELGADO & BOLEN, PLC

By: *s/ Edith I. Rudder (with permission)*
Timothy R. Grimm
Edith I. Rudder
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282-5691

Attorneys for Defendants/Counterclaimants
Kangaroo Manufacturing, Inc., and
Yagoozon, Inc.

4843-1824-1901

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: *s/ Cindy Littell*

4843-1824-1901