**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Great American Duck Races Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Kangaroo Manufacturing Incorporated, et al.,<br><br>Defendants. | No. CV-17-00212-PHX-ROS<br><br>**ORDER** |

Based on the parties' latest Joint Proposed Pretrial Order, the Court will deny as moot most of the motions in limine. Doing so leaves only one motion in limine still pending. (Doc. 124). The Court will hear argument on that motion at the start of proceedings on March 19, 2019.

In the revised Joint Proposed Pretrial Order, the parties adopt competing positions regarding willfulness. Plaintiff believes it will prove Defendants' actions were "intentional, willful, and designed to wrongfully profit from the goodwill associated with [Plaintiff's] Duck." While Defendants believe their "development of [the] Pool Float was not willful infringement of [Plaintiff's] Duck." (Doc. 155 at 14-15). Given that monetary damages are no longer at issue, it is unclear whether it matters if Defendants acted willfully. Each side will be required to file a brief statement explaining whether willfulness is still relevant in a case involving only injunctive relief.

Accordingly,

**IT IS ORDERED** the Motions in Limine (Doc. 109, 110, 111, 122, 123, 125, 126)

are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** no later than **4:00 p.m.** on **March 18, 2019**, the parties shall each file a statement of no more than two pages explaining whether the issue of willfulness is relevant considering the relief Plaintiff seeks.

Dated this 15th day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge