# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Great American Duck Races Incorporated, | No. CV-17-00212-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Kangaroo Manufacturing Incorporated, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion for Leave to File Under Seal (Doc. 184). Good cause appearing,

**IT IS ORDERED** the Motion is **GRANTED**. Defendants may file their Post-Trial Statement of Facts Presented to the Court and accompanying exhibits, along with their Post-Trial Brief, under seal.

Dated this 6th day of May, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge