Joseph G. Adams (#018210)
Taryn J. Gallup (#035002)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile:  (602) 382-6070
Email: jgadams@swlaw.com
       tgallup@swlaw.com
Attorneys for Plaintiff/Counterdefendant Great American Duck Races, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Great American Duck Races, Inc., an Arizona corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Kangaroo Manufacturing, Inc., a Florida corporation, and Yagoozon, Inc., a Rhode Island corporation, and Justin Nicola Ligeri, an Individual<br><br>    Defendants. | Case No. 2:17-cv-00212-ROS<br><br>**DECLARATION OF JOSEPH G. ADAMS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR AWARD OF ATTORNEY FEES** |
| Kangaroo Manufacturing, Inc., a Florida corporation, and Yagoozon, Inc., a Rhode Island corporation, and Justin Nicola Ligeri, an Individual<br><br>    Counterclaimants,<br><br>v.<br><br>Great American Duck Races, Inc., an Arizona corporation,<br><br>    Counterdefendant. | |

Joseph G. Adams hereby declares as follows:

1.   I am a partner at the law firm of Snell & Wilmer, L.L.P. ("Snell & Wilmer"), and counsel of record for Plaintiff/Counterdefendant Great American Duck

1  Races, Inc. ("GAME" or "Plaintiff") in the above-captioned matter. I am a member of the
2  bar of this Court. I submit this Declaration in support of GAME's Response to
3  Defendants' Motion for Award of Attorney Fees ("Fee Motion") in the above-captioned
4  matter.

5      2.    Defendants' Fee Motion was filed on August 1, 2019 (ECF 201). In support
6  of Defendants' Fee Motion, counsel submitted the Declarations of Julia M. Williams
7  (ECF 201-1), Kenneth Motolenich-Salas (201-2), and Edith I. Rudder (201-3), each of
8  which attached as exhibits summary spreadsheets of defense counsel's time entries on this
9  matter.

10      3.    At my direction, employees in my law firm reviewed the documentation
11  submitted by Defendants' counsel in support of the Fee Motion.

12      4.    As discussed in GAME's responsive memorandum of points and authorities
13  in opposition to Defendants' Fee Motion, and pursuant to Local Civil Rule 54.2(f), below
14  is a comprehensive list of every defense counsel billing entry that GAME disputes.

15      5.    GAME objects to and disputes the following clerical and administrative
16  billing entries as listed in the Motolenich-Salas Declaration:

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/19/17 | JSR | Electronically endorse document images; import documents into discovery document database. | .30 | 100.00 | 30.00 |
| 5/11/17 | JSR | Electronically endorse document images; import documents into discovery document database | .30 | 100.00 | 30.00 |
| 6/08/17 | JSR | Electronically endorse document images; import documents into discovery document database | .60 | 100.00 | 60.00 |
| 6/12/17 | JSR | Convert documents to PDF; prepare and import documents into discovery document database | 1.00 | 100.00 | 100.00 |
| 6/12/17 | JSR | Convert documents from CD-ROM to PDF; import documents into discovery document database and email to attorney for review | .70 | 100.00 | 70.00 |
| 6/13/17 | JSR | Electronically endorse Kangaroo document images; import Kangaroo and client documents into discovery document database | .40 | 100.00 | 40.00 |
| 6/14/17 | JSR | Electronically endorse document images; import documents into discovery document database; convert documents in discovery document database to facilitate attorney review | .70 | 100.00 | 70.00 |

4849-0777-6162

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/14/17 | JSR | Electronically endorse (unsupported Adobe software) document images to facilitate attorney review; export document images and data for production to adverse parties/expert | .40 | 100.00 | 40.00 |
| 6/21/17 | JSR | Revise documents in discovery document database; prepare and electronically endorse document images; import documents into discovery document database; export document images and data for production to adverse parties/expert | 3.00 | 100.00 | 300.00 |
| 7/10/17 | JSR | Export MP4 video files for production to adverse parties/expert | .20 | 100.00 | 20.00 |
| 7/13/17 | JSR | Electronically endorse converted JPEGs; import converted JPEGs into discovery document database; export converted JPEGs and data for production to adverse parties/expert | .60 | 100.00 | 60.00 |
| 7/17/17 | JSR | Electronically endorse document images; import documents into discovery document database | .20 | 100.00 | 20.00 |
| 7/24/17 | JSR | Electronically endorse and replace document images | .20 | 100.00 | 20.00 |
| 7/31/17 | JSR | Electronically endorse document images; import documents into discovery document database | .20 | 100.00 | 20.00 |
| 10/11/17 | KMMS | Review list of documents for transfer to new law firm and approve list | .50 | 310.00 | 155.00 |
| **TOTAL OBJECTION** | | | | | **1,035.00** |

6. GAME objects to and disputes the following clerical and administrative billing entries as listed in the Rudder Declaration:

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/19/2017 | EIR | Prepare letter to Gallagher & Kennedy authorizing transfer of file to CHDB. | .40 | 315.00 | 126.00 |
| 10/2/2017 | VJG | Finalize the Stipulation for Substitution of Counsel, electronically file with the Court and serve. | .20 | 175.00 | 35.00 |
| 10/5/2017 | VJG | Receive and process ORDER granting [57] Stipulation for Substitution of Counsel for the management and retention of evidentiary materials. | .20 | 175.00 | 35.00 |
| 1/12/2018 | VJG | Receive and process (59) NOTICE re: Service of Subpoena Duces Tecum to Bernard Oliver by Great American Duck Races Incorporated for the management and retention of evidentiary materials and note response deadline. | .20 | 185.00 | 37.00 |
| 1/31/2018 | VJG | Receive and process Plaintiff GAME's Second Set of Requests for Production of Documents for the | .20 | 185.00 | 37.00 |

- 3 -

4849-0777-6162

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | management and retention of evidentiary materials and note deadline. | | | |
| 2/1/2018 | VJG | Receive and process (60) Notice of Service of Discovery for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 2/12/2018 | VJG | Receive, review and process (61) Joint Motion for Leave to Take a Single Deposition, the Subpoena to Testify at a Deposition in a Civil Action to Bernard Oliver, (62) Notice of Service of Subpoena to Bernard Oliver, (63)Notice of Deposition of Justin Ligeri, and (64) Notice of 30(b)(6) Deposition of Kangaroo Manufacturing, Inc., for the management and retention of evidentiary materials, and note dates. | .40 | 185.00 | 74.00 |
| 2/12/2018 | VJG | Receive and process the ORDER granting [61] Motion for Extension of Time for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 2/15/2018 | VJG | Finalize The Notice of 30(b)(6) Deposition of Great American Duck Races, Inc., electronically file with the Court and serve. | .20 | 185.00 | 37.00 |
| 2/20/2018 | VJG | Receive and process (67) NOTICE re: Service of First Amended Subpoena to Bernard Oliver by Great American Duck Races Incorporated, and (68) NOTICE of Deposition of Kangaroo Manufacturing, Inc., filed by Great American Duck Races Incorporated, for the management and retention of evidentiary materials, and docket depositions dates. | .20 | 185.00 | 37.00 |
| 2/21/2018 | VJG | Receive and process the Subpoena to Testify at a Deposition in a Civil Action issued to Bernard Oliver for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 3/19/2018 | VJG | Receive and review the deposition transcript of the Deposition of Eric Schechter and exhibits for the management and retention of evidentiary materials, and for use in discovery, depositions and trial. | .20 | 185.00 | 37.00 |
| 3/19/2018 | VJG | Receive, download, and review the deposition transcript regarding the Deposition of David Follett and exhibits for the management and retention of evidentiary materials and for use in discovery, depositions and trial. | .20 | 185.00 | 37.00 |
| 3/29/2018 | VJG | Receive and review GAME's Final Supplemental Disclosure Statement, Final Supplemental Response to Defendant's Request for Admissions, Final Supplemental Response to Defendant's Request for Production of Document, Final | .40 | 185.00 | 74.00 |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

4849-0777-6162

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Supplemental Answer to Defendant's Interrogatories and the production of documents (GAME_KANG002067 - 002145) for the management and retention of evidentiary materials and for use in discovery, depositions and trial. | | | |
| 4/4/2018 | VJG | Receive and review the (72) Stipulation to File Documents Under Seal for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 4/13/2018 | VJG | Receive and review (78) Discovery and Settlement Report for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 4/18/2018 | VJG | Receive and review the deposition transcripts regarding the 30(b)(6) Deposition of Justin Ligeri and the Deposition of Justin Ligeri and exhibits for the management and retention of evidentiary materials, and for use in discovery depositions and trial. | .30 | 185.00 | 55.50 |
| 4/20/2018 | VJG | Finalize the Motion To File Under Seal and Proposed Order and electronically file with the Court. | .20 | 185.00 | 37.00 |
| 4/20/2018 | VJG | Finalize Defendant's Opposition to Plaintiff's Motion For Leave to File Second Amended Complaint and exhibits (redacted), electronically file with the Court. | .20 | 185.00 | 37.00 |
| 4/20/2018 | VJG | Finalize Defendant's Opposition to Plaintiff's Motion For Leave to File Second Amended Complaint and exhibits (un-redacted), electronically file with the Court UNDER SEAL. | .20 | 185.00 | 37.00 |
| 4/23/2018 | VJG | Receive and review (82) ORDER Granting Motion [80] to Seal Documents for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 5/11/2018 | VJG | Receive and preserve (91) Summons Issued to Justin Ligeri for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 5/16/2018 | VJG | Receive and preserve the acceptance of service from Peter Montecuollo for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 5/22/2018 | VJG | Receive and process the conformed (92) Acceptance of Service for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 6/5/2018 | VJG | Finalize Defendants' Answer to the Second Amended Complaint and restated Counterclaims, electronically file with the Court. | .20 | 185.00 | 37.00 |
| 6/7/2018 | VJG | Receive and process docket (95) Supplemental Request for Copyright, Trademark or Patent Information for the management and retention of | .20 | 185.00 | 37.00 |

4849-0777-6162

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | evidentiary materials. | | | |
| 6/8/2018 | VJG | Finalize Defendants/Counterclaimants' Rebuttal Expert Disclosure and Notice of Service, electronically file the Notice of Service and served the disclosure. | .20 | 185.00 | 37.00 |
| 6/18/2018 | VJG | Receive (98) Plaintiff GAME's Reply to Restate Counterclaims and (99) GAME's Notice of Copyright Trademark or Patent Information, and preserve for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 6/25/2018 | VJG | Receive and process (100) GAME's Notice of Service of Discovery for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 6/26/2018 | VJG | Review and assemble GAME's production of document 000001 - 002145 for the management and retention of evidentiary materials, and for use in discovery, depositions and trial. | .40 | 185.00 | 74.00 |
| 6/29/2018 | VJG | Receive and preserve Dr. Nunes' supplemental report for the management and retention of evidentiary materials, and draft the Supplementation and Notice of Service regarding the same. | .20 | 185.00 | 37.00 |
| 6/29/2018 | VJG | Finalize Kangaroo's Supplementation of the Rebuttal Expert Disclosure Statement and Notice of Service, electronically vile the Notice of Service and serve the disclosure. | .20 | 185.00 | 37.00 |
| 7/23/2018 | VJG | Receive and process (102) STATUS REPORT Joint by Great American Duck Races Incorporated for the management and retention of evidentiary materials and docket. | .20 | 185.00 | 37.00 |
| 7/30/2018 | VJG | Receive and Process (103) Minute Entry for proceedings of Status Conference, and (104) Order dismissing Courts4-7 of the counterclaim for the management and retention of evidentiary materials and docket. | .20 | 185.00 | 37.00 |
| 7/30/2018 | VJG | Receive and process (105) TRANSCRIPT REQUEST Interim Rule 16 Scheduling Conference by Great American Duck Races Incorporated for proceedings held on July 27, 2018, Judge Roslyn O Silver hearing judge(s) by (Montecuollo, Peter) for the management and retention of evidentiary materials. | .20 | 185.00 | 37.00 |
| 8/14/2018 | VJG | Receive and process (107) Joint Second Notice of Discovery and Settlement for the management and retention of evidentiary materials | .20 | 185.00 | 37.00 |

- 6 -

4849-0777-6162

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/23/2018 | VJG | Review and evaluate the document production received from GAME (2145 pages) and the client Kangaroo (6661 pages), to include identifying information necessary for court/counsel's reference and for the management and retention of evidentiary materials for use in trial. | 1.10 | 185.00 | 203.50 |
| 8/30/2018 | VJG | Receive and review GAME's revised Deposition Designations, and GAME's Objection and Counters to KMI's Deposition Designation for the management and retention of evidentiary materials and for use at trial. | .20 | 185.00 | 37.00 |
| 8/31/2018 | TAL | Finalize Notice of Lodging Defendants' Proposed Jury Questionnaire and file with the Court. | .20 | 185.00 | 37.00 |
| 9/14/2018 | VJG | Receive and review (109) GAME's 1st MTN in Limine re Validity and Enforceability, (110) GAME's 2nd MTN in Limine re Prior Litigation, (111) GAME's 3rd MTN in Limine re Alleged Damages, (112) Joint Proposed Pretrial Order, (113) Joint Proposed Jury Instructions, (114) Joint Proposed Verdict Form, (115) GAME's Trial Memorandum of Law, (116) GAME's Proposed Additional Juror Questions, (117) Joint Statement of Case, and (118) NTC of Deficiency to File re Montecuollo log-in for the management and retention of evidentiary materials and docket. | .50 | 185.00 | 92.50 |
| 9/17/2018 | VJG | Finalize Defendants' Response to Plaintiff's Motions In Limine, electronically file and serve. | .20 | 185.00 | 37.00 |
| 9/26/2018 | VJG | Receive and process the ORDER regarding joint status report concerning stay for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 9/26/2018 | VJG | Finalize Defendant's 1st Motion in Limine re Unnamed and Undisclosed Trial Witnesses, 2nd Motion in Limine re Knock off, 3rd Motion in Limine to Preclude Use of Boxes and Photographs, 4th Motion in Limine re Multiple Email Addresses and Defendants' Motion to Inflate Products and proposed Orders for each, electronically file with the Court and serve. | .60 | 185.00 | 111.00 |
| 10/1/2018 | VJG | Receive and review (128) Motion To Strike Untimely Motions in Limine for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 10/3/2018 | VJG | Receive and review (130) Joint Status Report for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 10/4/2018 | VJG | Receive and review the Docket Text from the | .20 | 185.00 | 37.00 |

- 7 -

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Court – ORDER regarding response to GAME's Motion to Stay for the management and retention of evidentiary materials, and docket. | | | |
| 10/5/2018 | VJG | Finalize Kangaroo Manufacturing, Inc.'s and Justin Ligeri's Response to GAME's Motion to Stay electronically file with the Court. | .20 | 185.00 | 37.00 |
| 10/9/2018 | VJG | Receive and review (134) GAME's Reply In Support Of Motion to Stay for the management and retention of evidentiary materials, and docket reply. | .20 | 185.00 | 37.00 |
| 10/10/2018 | VJG | Receive (136) ORDER granting [131] Motion to Stay for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 10/29/2018 | VJG | Receive and review (138) RESPONSE to Motion re: [125] Fourth MOTION in Limine re: Multiple Email Addresses Used By Justin Nicola Ligeri, (139) RESPONSE in Opposition re: [123] Second MOTION in Limine re: Plaintiff's Use of The Terms "Knockoff" or "Infringing Product" or Similar Terms, (140) GAME's Opposition re [122] MTN in Limine re Trial Witness, (141) RESPONSE in Opposition re: [124] Third MOTION in Limine re: To Preclude Use of Boxes and Photographs as Evidence, and (142) GAME's Rasp to [126] Request to Inflate Products for the management and retention of evidentiary materials and docket. | .40 | 185.00 | 74.00 |
| 10/30/2018 | VJG | Receive and preserve Plaintiff / Counter Defendants (GAME's) Supplemental Disclosure Statement and production for the management and retention of evidentiary materials. | .30 | 185.00 | 55.50 |
| 12/6/2018 | VJG | Telephone conference with Deb Harris at Gallagher Kennedy regarding a billing statement for the defense of Kangaroo against GAME, and communicate with Gallagher Kennedy accounting regarding the same. | .20 | 185.00 | 37.00 |
| 12/7/2018 | VJG | Receive and review (144) Joint Status Report Regarding Bankruptcy Proceeding for the management and retention of evidentiary materials and docket. | .20 | 185.00 | 37.00 |
| 12/12/2018 | VJG | Receive and process (145) ORDER Setting Trial and Pretrial Conference for the management and retention of evidentiary materials, and docket. | .20 | 185.00 | 37.00 |
| 1/15/2019 | VJG | Communicate via telephone with Reena and Stella at Gallagher Kennedy regarding a billing statement. | .20 | 195.00 | 39.00 |
| 1/17/2019 | VJG | Receive and review the Invoices / Billing Statements from Gallagher & Kennedy for the | .20 | 195.00 | 39.00 |

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | management and retention of evidentiary materials. | | | |
| 2/5/2019 | VJG | Receive and preserve GAME's Amended Exhibits List and GAME's Redline of the Joint Pretrial Order for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 2/11/2019 | VJG | Receive and review (146) NOTICE of Filing - Proposed Pretrial Order filed by Great American Duck Races Incorporated, and (147) MOTION to Dismiss Counts/Claims by Great American Duck Races Incorporated for the management and retention of evidentiary materials, and docket. | .30 | 195.00 | 58.50 |
| 2/12/2019 | VJG | Receive and review (148) ORDER regarding Defendants Response to [147] Motion for Voluntary Dismissal and Motion for Bench Trial for the management and retention of evidentiary materials and docket. | .20 | 195.00 | 39.00 |
| 2/15/2019 | VJG | Finalize Defendants' Response to GAME's Motion for Dismissal and Motion for Bench Trial, electronically file with the court and serve. | .20 | 195.00 | 39.00 |
| 2/19/2019 | VJG | Receive and review (150) GAME's Reply In Support Of Motion for Dismissal and Motion for Bench Trial for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 2/20/2019 | VJG | Receive and review (151) ORDER granting [147] Motion for Voluntary Dismissal of Claims for Monetary Relief and Motion for Bench Trial for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 2/26/2019 | VJG | Receive and review (152) Minute Order resetting the bench trial for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 2/28/2019 | VJG | Receive and review (153) Notice of Appearance by Taryn Jean Gallup on behalf of GAME for the management and retention of evidentiary materials and docket. | .20 | 195.00 | 39.00 |
| 3/6/2019 | VJG | Receive and preserve correspondence from Snell & Wilmer regarding production of GAME_KANG002214 for the management and retention of evidentiary materials, and communicate via email with Taryn Gallup regarding the same. | .20 | 195.00 | 39.00 |
| 3/6/2019 | VJG | Receive and preserve the proof of service regarding the Trial Subpoena served upon Joseph Nunes for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |

- 9 -

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/7/2019 | VJG | Finalize the Notice of Reassignment of Counsel Within Same Firm and electronically file with the Court. | .20 | 195.00 | 39.00 |
| 3/11/2019 | VJG | Receive and preserve (155) Joint Second Amended Proposed Pretrial Order for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 3/11/2019 | VJG | Receive and review the ORDER setting the deadline for submitting the findings of fact and conclusions of law for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 3/12/2019 | VJG | Finalize (158) RESPONSE re: [157] Order re deposition designation, electronically file with the Court and serve. | .20 | 195.00 | 39.00 |
| 3/12/2019 | VJG | Receive and preserve (157) ORDER regarding objections to the deposition designations for Justin Ligeri are OVERRULED for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 3/13/2019 | VJG | Finalize and format the Application Pro Hac Vice for Julia Williams with the Certificate of Good Standing and electronically file with the Court. | .20 | 195.00 | 39.00 |
| 3/14/2019 | VJG | Receive and review the Docket Text granting the motion pro hac vice for Julia Williams for the management and retention of evidentiary materials and docket. | .20 | 195.00 | 39.00 |
| 3/18/2019 | VJG | Meeting with Court Deputy regarding delivery of trial exhibits to the Court, inflate the necessary exhibits. | 2.50 | 195.00 | 487.50 |
| 3/18/2019 | VJG | Receive and review (163) Text ORDER granting the parties' [159] Stipulation to Admit Exhibits for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 3/18/2019 | VJG | Receive and review (164) Plaintiff s Statement Regarding Relevance of Willfulness for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 3/18/2019 | VJG | Receive and review the Joint Motion to Seal Certain Trial Exhibits and Portions of Transcripts Relating to Those Exhibits for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 3/20/2019 | VJG | Receive and review (167) Minute Entry BENCH TRIAL DAY 1 for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 3/20/2019 | VJG | Receive and review (168) ORDER the Joint Motion To Seal (Doc. 165) GRANTED for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |

4849-0777-6162

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2019 | VJG | Receive and review (169) Minute Entry BENCH TRIAL DAY 2, Def s Rule 52(c) motion Denied, for the management and retention of evidentiary materials, and calendar briefing deadlines. | .20 | 195.00 | 39.00 |
| 3/20/2019 | VJG | Receive and preserve (170) GAME s Witness List, (171) KM s Witness List, (172) GAME s Exhibit List, and (173) KM s Exhibit List for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 3/22/2019 | VJG | Receive and review (174) GAME s Transcript Order for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 4/4/2019 | VJG | Finalize document (175) Transcript Request by Kangaroo Manufacturing for proceedings held on March 19 20, 2019, before Judge Roslyn O. Silver, electronically file with the Court via the ECF System. | .20 | 195.00 | 39.00 |
| 4/17/2019 | VJG | Receive and preserve the Reporter's Transcript of Proceeds Bench Trial Day 1 and Reporter's Transcript of Proceeds Bench Trial Day 2, for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 4/17/2019 | VJG | Receive and review (176) Notice of Filing of Official Transcript of Bench Trial Day 1 and (177) Notice of Filing of Official Transcript of Bench Trial Day 2 for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 4/22/2019 | VJG | Receive and review pleadings (178) GAME's Motion For Leave To File Under Seal, (179) SEALED LODGED Proposed GAME's Post Trial Brief, (180) SEALED LODGED Proposed GAME's Post Trial Statement of Facts, (181) ORDER Granting GAME's Motion [178] to file under seal, (182) Sealed Post Trial Brief by GAME, (183) Sealed Post Trial Statement of Facts by GAME, for the management and retention of evidentiary materials, and docket. | .50 | 195.00 | 97.50 |
| 4/22/2019 | VJG | Receive and preserve GAME's Post Trial Brief Filed Under Seal and GAME's Post Trial Statement of Facts Filed Under Seal with exhibits (383 pages) for the management and retention of evidentiary materials. | .40 | 195.00 | 78.00 |
| 5/3/2019 | VJG | Finalize the Motion To File Under Seal and the proposed Order, file electronically with the Clerk of Court. | .20 | 195.00 | 39.00 |
| 5/3/2019 | VJG | Finalize the Defendants' Post-Trial Brief to be filed under seal, and electronically file (185) SEAL | .20 | 195.00 | 39.00 |

- 11 -

4849-0777-6162

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | LODGED proposed Defendants' Post Trial Brief. | | | |
| 5/3/2019 | VJG | Finalize the Defendants' Post-Trial Statement of Facts to be filed under seal, assemble exhibits, and electronically file (186) SEAL LODGED proposed Defendants' Post Trial Statement of Facts. | .50 | 195.00 | 97.50 |
| 5/7/2019 | VJG | Receive and review pleadings regarding (187) ORDER regarding the Motion to File Under Seal (Doc. 184), (188) Sealed Post Trial Brief by Defendants, and (189) Sealed Post Trial Statement of Facts by Defendants, for the management and retention of evidentiary materials, and docket. | .30 | 195.00 | 58.50 |
| 5/10/2019 | VJG | Receive and review (191) ORDER Granting Motion for Transcript Redactions (Doc. 190), and preserve for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 5/13/2019 | VJG | Receive and review (192) GAME's Reply in Support of It's Post Trial Brief, preserve for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 6/3/2019 | VJG | Receive and review pleadings regarding (193) Redaction re [176] OFFICIAL TRANSCRIPT of BENCH TRIAL DAY 1, and (194) Redaction re [17] OFFICIAL TRANSCRIPT of BENCH TRAIL DAY 2,and preserve for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 6/14/2019 | VJG | Receive and review (196) Minute Entry for proceedings 6.13.2019, closing arguments, preserve for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 6/14/2019 | VJG | Receive and review (197) Transcript Request by GAME regarding 6.13.2019 proceedings, and preserve for the management and retention of evidentiary materials. | .20 | 195.00 | 39.00 |
| 7/18/2019 | VJG | Receive and review (198) ORDER Judgment in favor of Defendants, and (199) JUDGMENT in a Civil Case Plaintiff to take nothing, preserve for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| 7/31/2019 | VJG | Receive and review (200) Notice of Filing of Official Transcript, preserve for the management and retention of evidentiary materials, and docket. | .20 | 195.00 | 39.00 |
| **TOTAL OBJECTION** | | | | | **4,923.50** |

- 12 -

4849-0777-6162

7. GAME objects to and disputes the following unnecessary billing entries as listed in the Williams Declaration:

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/31/18 | Julia Williams | Draft legal standards section of MSJ | 1.1 | 300.00 | 330.00 |
| 8/1/18 | Julia Williams | Draft copyright and trademark legal standard sections on MSJ; begin analysis re: same | 3.4 | 300.00 | 1,020.00 |
| **TOTAL OBJECTION** | | | | | **1,350.00** |

8. GAME objects to and disputes the following excessive, redundant, vague, and unnecessary billing entries as listed in the Rudder Declaration:

| Date | Timekeeper | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2018 | EIR | Review and respond to multiple communications from opposing counsel regarding depositions and scheduling of same. | .60 | 325.00 | 195.00 |
| 1/31/2018 | EIR | Review and respond to communication from opposing counsel regarding scheduling client's deposition within his travel schedule. | .50 | 325.00 | 162.50 |
| 2/26/2018 | EIR | Complete review and annotation of client's deposition in the Rubie's Costume case to prepare for client's deposition. | 1.60 | 325.00 | 520.00 |
| 3/5/2018 | TRG | Study J. Ligeri's prior, 600-page deposition in the Ruby case in preparation for Mr. Ligeri's deposition. | 3.50 | 355.00 | 1,242.50 |
| 8/22/2018 | TRG | Study Plaintiff's deposition designations for J. Ligeri. | 4.00 | 355.00 | 1,420.00 |
| 8/22/2018 | TRG | Select deposition designations for J. Ligeri. | 6.50 | 355.00 | 2,307.50 |
| 8/23/2018 | TRG | Select deposition designations for E. Schecter. | 5.00 | 355.00 | 1,775.00 |
| 8/23/2018 | TRG | Study Plaintiff's deposition designations for E. Schecter. | 4.00 | 355.00 | 1,420.00 |
| 8/29/2018 | TRG | Study Plaintiff's deposition designations for D. Follet. | 4.00 | 355.00 | 1,420.00 |
| 8/29/2018 | TRG | Select deposition designations for D. Follett. | 5.00 | 355.00 | 1,775.00 |
| 8/30/2018 | TRG | Select deposition designations for B. Oliver. | 5.00 | 355.00 | 1,775.00 |
| 8/30/2018 | TRG | Study Plaintiff's deposition designations for B. Oliver. | 4.00 | 355.00 | 1,420.00 |
| **TOTAL OBJECTION** | | | | | **15,432.50** |

- 13 -

4849-0777-6162

9.      Based on the above-listed billing entries, GAME objects to and disputes a total of $22,741.00 of Defendants' claimed fees.  In addition, and as briefed in GAME's responsive memorandum of points and authorities in opposition to Defendants' Fee Motion, GAME objects to Defendants' ability to recover any portion of their claimed attorneys' fees incurred in defending against GAME's non-copyright claims (i.e., trademark infringement, federal unfair competition, and common law unfair competition). Consequently, GAME requests that any fees awarded to Defendants are further reduced to account for defense counsel's work in defending against those non-copyright claims.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on August 29, 2019.

> By:    *s/ Joseph G. Adams*
>         Joseph G. Adams

4849-0777-6162